IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES D. HALEY, JOHN FERRIS, § <br> EDWARD C. GARDERE, JR., § <br> JOHN A. GARDERE, SUSAN § <br> GARDERE MANTZ, ROBERT FORD § <br> GARDERE, ALBERT MADLEY, § <br> FRANK BUELL, CHARLES D. BRINER, § <br> HOWARD RACHOFSKY, STEVE § <br> STURMAN, PAUL BERGER, VAN § <br> ELLIS, EDWARD HEATHCOTT, § <br> JOHN MANRY, MARITA B. PARRISH, § <br> ELMO WADE, JACK WOODWORTH, § <br> JOYCE ROTHERMEL, AND § <br> JOSEPH A. STANLEY, III, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> JPMORGAN CHASE BANK, § <br> N.A., § <br>     Defendant. § | C.A. No. A06CA757 LY <br><br> JURY |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 and 1331, Defendant JPMorgan Chase Bank ("Defendant") respectfully files this Notice of Removal from the Probate Court of Travis County, Texas, Cause No. 846288, to the United States District Court for the Western District of Texas, Austin Division. In support of this notice, Defendant states as follows:

### COMMENCEMENT AND SERVICE

1. Plaintiffs are Charles D. Haley, Joseph A. Stanley, III, Joyce Rothermel, Jack Woodworth, Elmo Wade, Marita B. Parrish, John Manry, Edward Heathcott, Van Ellis, Paul Berger, Steve Sturman, Howard Rachofsky, Charles D. Briner, Frank Buell, Albert Madley, Robert Ford Gardere, Susan Gardere Mantz, John A. Gardere, Edward C. Gardere, Jr., John Ferris; Defendant is JPMorgan Chase Bank, N.A.

2.  On March 30, 2006, Plaintiffs sued Defendant in the Probate Court of Travis County, Texas, Cause No. 846288, styled *Charles D. Haley, et al., v. JPMorgan Chase Bank* (the "Lawsuit").

3.  Defendant was served with the Lawsuit on April 5, 2006. Although this case was not removable when originally filed, it became removable on September 11, 2006, because of deemed admissions which establish that Plaintiffs' case is based upon an alleged cause of action under federal law. *See* 28 U.S.C. §1446(b). Plaintiffs were served with requests for admissions on August 9, 2006. Under the Texas Rules of Civil Procedure, if a response is not timely served, the requests are considered admitted without the necessity of a court order. Tex. R. Civ. P. 198.2(c). Defendant files this notice of removal within 30 days of constructive receipt of the deemed admissions. *See id.*

### GROUNDS FOR REMOVAL

4.  Removal is proper because Plaintiffs' suit involves a federal question. 28 U.S.C. §§1331, 1441(b); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 125 S. Ct. 2363, 2367 (2005); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiffs' claim arises under Section 14(a) of the Securities and Exchange Act of 1934, 15 U.S.C. §78(n)(a)(1988) and SEC Rule 14a-9, 17 C.F.R. §240.14a-9 (1990).

5.  Rule 14a-9(a) provides: "[N]o solicitation subject to the proxy rules shall be made…that contains any statement which is false or misleading with respect to a material fact or omits to state a material fact necessary in order to make the statements therein not misleading."

6.  In the requests for admissions, Plaintiffs were instructed to admit or deny the following assertions: "You contend that the Proxy Statement…omitted material facts." Plaintiffs were also instructed to admit or deny: "You contend that the Proxy Statement…issued

2

by the Trustee failed to disclose material facts, making it misleading." (Req. for Admis. No. 28 and 30). Plaintiffs are deemed to have admitted these assertions due to their failure to respond timely to the requests for admissions. *See* Tex. R. Civ. P. 198.2(c).

7.  Plaintiffs deemed admissions allege a cause of action under federal law which creates a basis for removal.

8.  All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

9.  Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the action has been pending is located in this district.

10. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## JURY DEMAND

11. Plaintiffs demanded a jury in the state court action.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant asks the court to remove the action to this federal court.

Respectfully submitted,

By: _____
Craig L. Stahl
Texas Bar No. 19006700
Andrews Kurth LLP
Waterway Plaza Two
10001 Woodloch Forest Dr., Suite 200
The Woodlands, Texas 77380
Telephone: (713) 220-4834
Facsimile: (713) 238-7478

ATTORNEY-IN-CHARGE FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.

WOD:29061.1

**Of Counsel:**
James Stilwell
Texas Bar No. 00794697
Andrews Kurth LLP
Waterway Plaza Two
10001 Woodloch Forest Dr., Suite 200
The Woodlands, Texas 77380
Telephone:  (713) 220-4801
Facsimile:   (713) 238-7478

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2006, a true and correct copy of the foregoing Notice of Removal was served by fax and by certified mail, return receipt requested, to the following counsel of record:

T. Wesley Holmes
James A. Fisher
Andrew T. Turner
Fisher Holmes & Turner
2800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201

_/s/ James H. Stilwell_
James H. Stilwell

## NOTICE OF REMOVAL ATTACHMENTS INDEX

| Tab | Description | Date |
|---|---|---|
| 1. | Plaintiffs' Original Petition and Demand for Trial by Jury | 4/10/06 |
| 2. | Original Answer and Request for Disclosure of JPMorgan Chase Bank, N.A. | 5/01/06 |
| 3. | JPMorgan Chase Bank, N.A.'s **First Requests for Admissions** to Plaintiff Charles D. Haley, Joseph A. Stanley, III, Joyce Rothermel, Jack Woodworth, Elmo Wade, Marita B. Parrish, John Manry, Edward Heathcott, Van Ellis, Paul Berger, Steve Sturman, Howard Rachofsky, Charles D. Briner, Frank Buell, Albert Madley, Robert Ford Gardere, Susan Gardere Mantz, John A. Gardere, Edward C. Gardere, Jr., John Ferris | 8/9/06 |
| 4. | Notice of Non- Suit as to Albert Madeley | 8/31/06 |
| 5. | Plaintiffs' Motion to Extend Time to Respond to Requests for Admission and Requests for Production | 9/16/06 |
| 6. | JPMorgan Chase Bank N.A.'s Response to Plaintiffs' Motion to Extend Time | 9/22/06 |

```
>> TO RETURN: F1-PREV.MENU/RUN  F2-MAIN MENU  F3-REPORT MENU <<
                         T R A V I S   C O U N T Y      SEPTEMBER 22, 2006
CIV200                   County Probate Court Mgmt Sys         TIME: 15:25
DOCKET DETAIL

CAUSE NUMBER  : 84628
CAUSE STATUS  : PENDING
ORIG. FILING  : 03/31/2006
TYPE OF SUIT  : Civil Actions
COURT ASSIGN  : Travis County Probate Court No. 1
JURY TRIAL    : NO

              IN RE THE FREEPORT-MCMORAN OIL&GAS ROYALTY TRUST
                JPMORGAN CHASE BANK  National Assoc.

           >>>>>>>>>>>   I N V O L V E D   P A R T I E S    <<<<<<<<<

TYPE:
         >>> SUBJECT
  P01 : IN RE THE FREEPORT-MCMORAN OIL&GAS ROYALTY TRUST
                                                          BAR # 09908495
  PA01: T. WESLEY HOLMES
        2800 LINCOLN PLAZA  500 NORTH AKARD ST.    DALLAS  TX  75201
                                                          BAR # 07051650
  PA01: JAMES A. FISHER
        2800 LINCOLN PLAZA  500 NORTH AKARD ST.    DALLAS  TX  75201
                                                          BAR # 24008968
  PA01: ANDREW T. TURNER
        2800 LINCOLN PLAZA  500 NORTH AKARD ST.    DALLAS  TX  75201
  P02 : CHARLES D. HALEY
  P03 : JOHN FERRIS
  P04 : EDWARD C. GARDERE JR.
  P05 : JOHN A. GARDERE
  P06 : SUSAN GARDERE MANTZ
  P07 : ROBERT FORD GARDERE
  P08 : ALBERT MADLEY
  P09 : FRANK BUELL
  P10 : CHARLES D. BRINER
  P11 : HOWARD RACHOFSKY
  P12 : STEVE STURMAN
  P13 : PAUL BERGER
  P14 : VAN ELLIS
  P15 : EDWARD HEATHCOTT
  P16 : JOHN MANRY
  P17 : MARITA B. PARRISH
  P18 : ELMO WADE
  P19 : JACK WOODWORTH
  P20 : JOYCE ROTHERMEL
  P21 : JOSEPH A. STANLEY III

         >>> REPRESENTATIVE
  D01 : JPMORGAN CHASE BANK  National Assoc.

           >>>>>>   D O C K E T   S H E E T   P R O F I L E   <<<<<<

                                       DESCRIPTION OF
  TRANS   JUDG  RECORDED     CLRK  T    (I)ssuance, (P)leading, (O)rder
  DATE    INIT  VOL   PAGE   INIT  Y
  ======  ====  ====  ====   ====  =    =====================================
  033106                      RT   P    Application
  033106                      RT   P    Notation of Civil Jury Fee Deposit
  033106                      MP   I    Personal Citation - S      (Precinct5)
                                        CT CORPORATION SYSTEM
```

| | | | | | |
|---|---|---|---|---|---|
| 050106 | | | | ML | P | ORIGINAL ANSWWER & REQ FOR DISCLOSURE OF JPMORGAN CHASE BANK |
| 090606 | | | | MC | P | NOTICE OF NON-SUIT |
| 090606 | | | | MC | O | Judge's Fee / Order |
| 091106 | GH | 0000 | 0000 | JM | O | ORDER GRANTING NONSUIT |
| 092006 | | | | CA | P | PLFS' MTN TO EXTEND TIME TO RESPOND TO REQUESTS FOR ADMISSION & REQUESTS FOR PRODUCTION |
| 092006 | | | | CA | P | CVR LTR FROM T WELEY HOLMES, DTD 9/29/06 RE: REQUEST FOR SETTING ON HEARING/TELEPHONE TO CT 9/20/06 |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Charles D. Haley, et al.

**(b)** County of Residence of First Listed Plaintiff: Mesquite, Texas
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
T. Wesley Holmes, Fisher Holmes and Turner P.C.
2800 Lincoln Plaza, 500 North Akard St.
Dallas, TX 75201

### DEFENDANTS
JPMorgan Chase Bank, N.A.

County of Residence of First Listed Defendant: Harris, Texas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Craig L. Stahl, Andrews Kurth LLP
10001 Woodloch Forest
The Woodlands, TX 77380

**A06CA757 LY**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Section 14(a) of Securities and Exchange Act of 1934, 15 U.S.C. Sec. 78n(a)

Brief description of cause:
Alleged omissions of material fact rendering proxy statement false and/or misleading

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: Sept. 25, 2006

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN          DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Probate Court of Travis County
   Cause No. 84628
   In Re the Freeport-McMoran Oil & Gas Trust
   Charles D. Haley, John Ferris, Edward C. Gardere, Jr., John A. Gardere, Susan Gardere Mantz, Robert Ford Gardere, Albert Madley, Frank Buell, Charles D. Briner, Howard Rachofsky, Steve Sturman, Paul Berger, Van Ellis, Edward Heathcott, John Manry, Marita B. Parrish, Elmo Wade, Jack Woodworth, Joyce Rothermel, and Joseph A. Stanley, III, Plaintiffs, v. JPMorgan Chase Bank, National Association Defendant.

2. Was jury demand made in State Court?     Yes [X]     No [ ]

   If yes, by which party and on what date?

   Plaintiffs                                                      March 30, 2006
   ---------                                                       --------------
   Party Name                                                      Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiffs: Charles D. Haley, John Ferris, Edward C. Gardere, Jr., John A. Gardere, Susan Gardere Mantz, Robert Ford Gardere, Albert Madley, Frank Buell, Charles D. Briner, Howard Rachofsky, Steve Sturman, Paul Berger, Van Ellis, Edward Heathcott, John Manry, Marita B. Parrish, Elmo Wade, Jack Woodworth, Joyce Rothermel, and Joseph A. Stanley, III
   Plaintiffs' Attorney of Record:
   T. Wesley Holmes
   Fisher Holmes & Turner P.C.
   2800 Lincoln Plaza, 500 North Akard Street, Dallas, TX 75201
   Phone: 214.661.9400   Fax: 214.661.9404

   Defendant: JPMorgan Chase, N.A.
   Defendant's Attorney of Record:
   Craig Stahl
   Andrews Kurth LLP
   10001 Woodloch Forest, Ste. 200, The Woodlands, TX 77380
   Phone: 713.220.4834   Fax: 713.238.7478

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   Albert Madley, by Notice of Nonsuit (by request)

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION:**

_____    9-25-06
Attorney for Removing Party         Date

JPMorgan Chase Bank NA
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)

ORIGINAL                    387414

AO82
(Rev. 4/90)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**WESTERN DISTRICT OF TEXAS** at Austin

RECEIVED FROM Andrew & Kenneth
10001 Woodbuck Forest #200
The Woodlands TX 77380

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 086900 | 60 00 |
| 604700 | Registry Funds | 510000 | 190 00 |
| | General and Special Funds | 086400 | 100 00 |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | TOTAL | 350.00 |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Case Number or Other Reference
1:06-CV-757

New Case
Haley v. JPMorgan

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.  1055

DATE 9-25-06   Cash | Check ✓ | M.O. | Credit   DEPUTY CLERK [signature]