IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 JAN -4  AM 9: 12
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

CHARLES D. HALEY, et al.,
        Plaintiffs,

-vs-

JPMORGAN CHASE BANK, N.A.,
        Defendant.

Case No. A-06-CA-757-SS

## ORDER OF REMAND

Be it remembered on this the 3rd day of January 2007, the Court GRANTED Plaintiffs' Motion to Remand and thereafter enters the following:

    IT IS ORDERED that the above-styled cause is REMANDED to the Probate Court of Travis County, Texas.

SIGNED this the 3rd day of January 2007.

                                            *Sam Sparks*
                                            SAM SPARKS
                                            UNITED STATES DISTRICT JUDGE